McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO NAPOLES GUTIERREZ<br>aka "Rudy G. Lopez",<br><br>Defendant. | CASE NO. 1:19-CR-00176-DAD-BAM<br><br>MOTION TO UNSEAL INDICTMENT AND ORDER |

The United States of America, by and through its undersigned counsel, hereby moves to unseal the indictment in the above-captioned case. On August 22, 2019, the grand jury returned an indictment in this case, which was sealed to prevent the defendant from becoming aware of the charges until an arrest could be made. As the defendant has now been arrested based upon this indictment, there is no longer a need for the indictment to remain sealed.

Dated: March 12, 2020
                                                                                 McGREGOR W. SCOTT
                                                                                 United States Attorney

                                                        By:  /s/ LAURA D. WITHERS
                                                                    LAURA D. WITHERS
                                                                    Assistant United States Attorney

**<u>ORDER</u>**

IT IS HEREBY ORDERED that, for the reasons set forth above, and good cause having been shown, the indictment in this matter be UNSEALED.

IT IS SO ORDERED.

Dated:  **March 12, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

2