1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ERIC V. KERSTEN, #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721
   Telephone:  (559) 487-5561
5  Fax:   (559) 487-5950

6  Attorney for Defendant
   ROBERTO NAPOLES GUTIERREZ
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            Case No.  1:19-cr-00176 DAD

12                    Plaintiff,        STIPULATION TO VACATE TRIAL AND
                                        SET FOR STATUS CONFERENCE;
13          v.                          ORDER

14 ROBERTO NAPOLES GUTIERREZ,           Date:  March 8, 2022
                                        Time:  9:00 a.m.
15                    Defendant.        Judge: Hon. Dale A. Drozd

16

17

18       **IT IS HEREBY STIPULATED** by and between the parties, through their respective

19  counsel, that the trial scheduled for March 8, 2022, and the trial confirmation scheduled for

20  February 22, 2022, may be vacated and this matter set for a status conference on March 14, 2022

21  at 9:00 am.

22       Due to unanticipated medical circumstances counsel will not be available to proceed with

23  trial on the currently scheduled date. The parties agree that all time through the proposed March

24  14, 2022 status conference date shall be excluded under the Speedy Trial Act, pursuant to 18

25  U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for

26  defense preparation and continuity of counsel, and the delay results from a continuance granted

27  by the Court at the parties' request on the basis of the Court's finding that the ends of justice

28  ///

1    served by taking such action outweigh the best interest of the public and the defendant in a

2    speedy trial.

3                                                    Respectfully submitted,

4                                                    PHILLIP A. TALBERT
                                                     Acting United States Attorney

5

6    DATED:  December 13, 2021              /s/ *Laura D. Withers*
                                                     LAURA D. WITHERS
7                                                    Assistant United States Attorney
                                                     Attorney for Plaintiff

8

9                                                    HEATHER E. WILLIAMS
                                                     Federal Defender

10

11   DATED:  December 13, 2021              /s/ *Eric V. Kersten*
                                                     ERIC V. KERSTEN
12                                                   Assistant Federal Defender
                                                     Attorney for Defendant
13                                                   ROBERTO NAPOLES GUTIERREZ

14

15

16

17                                        **ORDER**

18          **IT IS SO ORDERED**. The February 22, 2022 trial confirmation, and March 8, 2022 trial

19   date are vacated, and the matter is set for status conference on March 14, 2022. All time through

20   March 14, 2022 shall be excluded for defense preparation and continuity of counsel pursuant to

21   18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because this continuance granted at

22   Defendant's request and the Court finds that the ends of justice served by taking such action

23   outweigh the best interest of the public and the defendant in a speedy trial.

24

     IT IS SO ORDERED.

25

26     Dated:  __**December 15, 2021**__          _____
                                                     UNITED STATES DISTRICT JUDGE

27

28