HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN Bar #226429
Assistant Federal Defender
Officer of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROBERTO NOPALES GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERTO NOPALES GUTIERREZ,<br><br>Defendant. | Case No.  1:19-cr-00176-ADA-BAM<br><br>**DEFENDANT'S AMENDED UNOPPOSED MOTION TO EXONERATE BOND; ORDER**<br><br>Judge: Hon. Barbara A. McAuliffe |
|---|---|

Defendant Roberto Nopales Gutierrez hereby moves the court under Fed. R. Crim. P. 46(g) for exoneration of the $2,000 cash bond posted on his behalf by Ruben Beas.  He also requests the return of his passport.

Mr. Gutierrez appeared before this Court on March 18, 2020 and was ordered release on conditions.  ECF Dkt. # 13.  Pursuant to the terms of his release (*see* Dkt. #s 11, 14), on March 18, 2020, Ruben Beas, posted a $2,000 cash bond on his behalf.

| 03/18/2020 | 11 | CASH BOND POSTED as to Roberto Napoles Gutierrez in amount of $ 2000.00, Receipt # CAE100045255. (Sant Agata, S) (Entered: 03/18/2020) |
|---|---|---|
| 03/18/2020 | 13 | ORDER SETTING CONDITIONS of RELEASE signed by Magistrate Judge Barbara A. McAuliffe on 3/18/2020 as to Roberto Napoles Gutierrez (1). (Jessen, A) (Entered: 03/20/2020) |

| 03/18/2020 | 14 | APPEARANCE AND COMPLIANCE BOND signed by Magistrate Judge Barbara A. McAuliffe on 3/18/2020 as to Roberto Napoles Gutierrez. (Jessen, A) (Entered: 03/20/2020) |
|---|---|---|

Mr. Gutierrez was sentenced on September 5, 2023 and ordered to self-surrender to the United States Bureau of Prisons (BOP) on January 4, 2024. Dkt. # 47. Mr. Gutierrez successfully completed his term of pretrial supervision and surrendered to Sea Tac FDC, located in Sea Tac, Washington on January 4, 2024. He is currently serving his term of imprisonment at that location. Pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure, since no conditions of the bond remain to be satisfied, Mr. Gutierrez requests that the $2,000.00 cash bond be exonerated and reconveyed to Ruben Beas. He requests that both be mailed to an address to be provided by counsel to the Clerk's office.

On January 30, 2024 undersigned counsel confirmed with AUSA Henry Carbajal that the government does not oppose this motion.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 30, 2024

*/s/ Eric V Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
ROBERTO NOPALES GUTIERREZ

## **ORDER**

The Court finds that Roberto Nopales Gutierrez has complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the $2,000.00 cash bond in the above-captioned case and reconvey the cash to The Ruben Beas, who originally posted the cash bond.

IT IS SO ORDERED.

Dated: **February 2, 2024**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE